Kansas denied. *Charles H. Cochran, pro se.*

No. 854. CANTY *v.* ALABAMA. May 3, 1943. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Alex C. Birch* for petitioner. *Mr. William N. McQueen,* Attorney General of Alabama, for respondent.

No. 872. FLEEMAN *v.* KANSAS ET AL. May 3, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Ralph W. Fleeman, pro se.*

No. 875. POSEY *v.* DOWD, WARDEN. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Winston Posey, pro se.*

No. 780. CLEM *v.* MARYLAND. May 3, 1943. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *James R. Clem, pro se.*

No. 847. UNITED STATES EX REL. JACKSON ET AL. *v.* BRADY, WARDEN. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. C. Arthur Eby* for petitioners. *Mr. William C. Walsh,* Attorney General of Maryland, for respondent.

No. 855. FRANKEL *v.* BETHLEHEM-FAIRFIELD SHIPYARD, INC. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Wm. Taft Feldman* for petitioner. *Mr. Ed-*